UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

CHANGE OF PLEA MINUTES

Date: 12/21/06
Case No.: 05 CR 41
United States v. Ronald Edmonds

Dep. Clerk: JDeitrich
Ct. Reptr.: John S.
Time Called: 11:36
Time Concluded: 11:46

United States by: Brian Resler
Probation Officer: Jennifer McCauley
Interpreter: ☐ Sworn

Deft. Ronald Edmonds in person, and by Attorney EJ Hunt

✓ Plea agreement filed
__ Information filed
__ Waiver of indictment filed

Defendant pleads guilty to Count(s) 3 of the (Indictment) / Information

✓ Adjudged guilty
✓ Presentence report ordered

Sentencing date set for 1:30 a.m. / (p.m.) 4/30/07

✓ Defendant remanded to custody of U.S. Marshal
__ Bond continued / set
　　__ with conditions as follows: