UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 05-CR-41
                                                                [Milwaukee]

RONALD EDMONDS

        Defendants.

_____

## MOTION TO RELEASE DEFENDANT ON BOND
_____

The defendant, Ronald Edmonds, by his attorney, Edward John Hunt, Hunt Law Group S.C. moves this Court for an order releasing the defendant on bond pending sentencing on the above captioned case. As grounds for this motion, the defendant makes the following showing:

1) On July 18, 2006, the defendant was ordered detained by the Honorable Aaron E. Goodstein, United States Magistrate Judge, after a detention hearing on the same date;

2) On December 21, 2006, the defendant appeared before the Honorable Lynn Adelman, United States District Court Judge, and entered a plea to count 3 of the

1

indictment in this case;

3) Relatives of Mr. Edmonds are willing to post $2,500 as a cash bond with whatever conditions the Court designates as appropriate;

4) The defendant will comply with all conditions of release determined necessary by the court and pretrial services;

5) In light of recent developments, it appears that the defendant's previously scheduled sentencing date, April 18, 2008, before the Honorable Lynn Adelman, United States District Court Judge, may have to be rescheduled for a later date;

6) The defendant respectfully requests that the matter be set for hearing as soon as the Court's calendar allows.

Dated at Milwaukee, WI. this the 8 day of April, 2008.

Respectfully submitted,

s/Edward John Hunt

By: Edward John Hunt
Attorney for Ronald Edmonds
State Bar No. 1005649
THE HUNT LAW GROUP, S.C.
829 N. Marshall
Milwaukee, WI 53202
(414) 225-0111
(414) 225-9492 Fax
Email: huntlaw@execpc.com

3