**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

**COURT MINUTES**

Date: 4/18/08

Dep. Clerk: JDeitrich
Ct. Rep: Lindsay
Time Called: 1:38

Case No. 05 CR 41
United States v. Ronald Edmonds
Proceeding: sen. - bond hrg

Time Concl: 1:50

United States by: Brian Resler
Probation Officer: Jim Fotherston
Interpreter: _____ ☐ Sworn

Defendant: Ronald Edmonds, in person and by Attorney EJ Hunt

---

Govt. states basis for joining motion
for release on bond.

Court allows release on $2500 bond,
with conditions that he live
with his mother on W. Townsend;
no firearms, drugs, alcohol;
report to PTS as directed;
no contact w/ Cheryl Claypool or
Lakeisha King;
random UAs;
daily contact w/ agent, Ray Taylor;
no new offenses, make all appearances

Court finds _____ under 3145(c).
Sen. set for 7/25/08 @ 11.

Case 2:05-cr-00041-LA Filed 04/18/08 Page 3 of 5 Document 92