August 19, 2009

United States District Court Judge Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202-4500

Re:   *United States America v. Ronald L. Edmonds*
      **Case No. 05-CR-41**

Dear Judge Adelman:


I am requesting an adjournment of the sentencing hearing currently scheduled for August 26, 2009 for sixty to seventy five days out. The government is still in the process of putting together its "substantial assistance" motion. It is also my understanding that the AUSA Reslar has a schedule conflict as well.

Thank you for your consideration of this scheduling request.


Respectfully submitted,

**RONALD L. EDMONDS, Defendant**
**s/ Edward John Hunt**
Edward John Hunt
Bar Number: 1005649
Hunt Law Group, S.C.
829 North Marshall Street
Milwaukee, Wisconsin 53202-3910
Telephone: (4l4) 225-0111  Fax: (414) 225-9492
E-mail: Huntlaw@execpc.com

1