UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 11/24/09
Case No. 05 CR 41
United States v. Ronald Edmonds
Proceeding: status

United States by: Brian Resler
Probation Officer: Eileen Vodak
Interpreter: ☐ Sworn

Dep. Clerk: JDeitrich
Ct. Rep: Sheryl
Time Called: 3:36
Time Concl: 3:37

Defendant: R. Edmonds, in person and by Attorney EJ Hunt

---

Court sets case for sentencing on 2/3/10 @ 1:30.